UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **MICHAEL BURNETT,** | : | VIOLATION: 18 U.S.C. § 472 |
| **Defendant.** | : | (Possession of Counterfeit Obligations or |
| | : | Securities) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2008, within the District of Columbia, **MICHAEL BURNETT** with intent to defraud, did possess a falsely made, forged and counterfeited obligation of the United States, that is, Federal Reserve Notes in the denomination of one hundred dollars, Series of 1996, Serial No. AB61292686B, and in the denomination of fifty dollars, Series of 2004, Serial No. EG47930507A, which he then knew to be falsely made, forged and counterfeited.

(**Possession of Counterfeit Obligations or Securities**, in violation of Title 18, United States Code, Section 472)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia