CO-180 (Rev. 4/02)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 08 - 155 | MAGIS. NO: |

v.

**MICHAEL BURNETT**

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED

Michael Burnett

**FILED**

AUG 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOB:          PDID:

| WARRANT ISSUED ON THE BASIS OF: | **INDICTMENT** | DISTRICT OF ARREST |

| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

## YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

POSSESSION OF COUNTERFEIT OBLIGATIONS OR SECURITIES

RECEIVED
WARRANT SECTION
2008 MAY 28 PM 1: 24

**IN VIOLATION OF:**    UNITED STATES CODE TITLE & SECTION:

18: 472

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: **MAGISTRATE JUDGE ALAN KAY** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) **U.S. MAGISTRATE JUDGE ALAN KAY** | DATE ISSUED: 5/27/08 |

| CLERK OF COURT: **Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE: 5/27/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 4 Aug 2008 | NAME AND TITLE OF ARRESTING OFFICER DUSM Reporting Robert C. Byas | SIGNATURE OF ARRESTING OFFICER Reporting |
| DATE EXECUTED 4 Aug 2008 | | |
| HIDTA CASE: Yes    No X | | OCDETF CASE: Yes    No X |

1460613